**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MEARS, SAMMY L., JR. | § Case No. 12-80714 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/20/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/16/2012         By:  /s/BERNARD J. NATALE
                                                                  Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MEARS, SAMMY L., JR.　　　　　　　　　§　Case No. 12-80714
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 21,997.00 |
| *and approved disbursements of* | $ 4,137.74 |
| *leaving a balance on hand of* [1] | $ 17,859.26 |
| **Balance on hand:** | **$ 17,859.26** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 17,859.26 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,549.70 | 0.00 | 2,549.70 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,549.70 |
| Remaining balance: | $ 15,309.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 15,309.56 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for priority claims: | $ 0.00 |
| | Remaining balance: | $ 15,309.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,335.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 83.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,888.48 | 0.00 | 7,421.62 |
| 2 | PYOD, LLC as assignee of Citibank | 9,446.97 | 0.00 | 7,887.94 |

| | | |
|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ 15,309.56 |
| | Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Sammy L. Mears, Jr.  
    Debtor

Case No. 12-80714-MB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3    User: cbachman    Page 1 of 2    Date Rcvd: Jul 23, 2012  
                      Form ID: pdf006    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2012.
```
db          +Sammy L. Mears, Jr.,    5801 Bunny Ave.,    Mc Henry, IL 60051-6268
18550404    +Ameritrust Mortgage Co,    980 N Mclean Blvd,    Elgin, IL 60123-2085
18550408    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18550407    +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
18550409    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18550411    +Mmca/C1,    Po Box 91614,    Mobile, AL 36691-1614
18550412    +Patricia Mears,    529 Crest Wood,    McHenry, IL 60051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18550405     +E-mail/Text: bknotices@bankofthewest.com Jul 24 2012 04:58:33     Bank Of The West,
               2527 Camino Ramon,    San Ramon, CA 94583-4213
18550406     +E-mail/Text: cms-bk@cms-collect.com Jul 24 2012 05:22:36     Capital Management Services, LP,
               726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
18771082      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2012 04:57:06     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18550410     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2012 04:57:06     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
19116777     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 24 2012 04:31:43
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2012**        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cbachman           Page 2 of 2               Date Rcvd: Jul 23, 2012
                              Form ID: pdf006          Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2012 at the address(es) listed below:
        Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
        Joseph P Doyle    on behalf of Debtor Sammy Mears joe@fightbills.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        TOTAL: 3

Case 12-80714   Doc 24   Filed 07/23/12   Entered 07/25/12 23:56:55   Desc Imaged
Certificate of Notice   Page 7 of 7

```
District/off: 0752-3          User: cbachman           Page 2 of 2               Date Rcvd: Jul 23, 2012
                              Form ID: pdf006          Total Noticed: 12
```