**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MEARS, SAMMY L., JR. § | Case No. 12-80714 |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $142,480.00 *(without deducting any secured claims)* | Assets Exempt: $19,300.00 |
| Total Distribution to Claimants: $15,309.56 | Claims Discharged Without Payment: $10,819.89 |
| Total Expenses of Administration: $2,687.44 | |

   3) Total gross receipts of $ 21,997.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,000.00  (see **Exhibit 2**), yielded net receipts of $17,997.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $178,719.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,687.44 | 2,687.44 | 2,687.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,915.00 | 18,335.45 | 18,335.45 | 15,309.56 |
| **TOTAL DISBURSEMENTS** | $204,634.00 | $21,022.89 | $21,022.89 | $17,997.00 |

4) This case was originally filed under Chapter 7 on February 29, 2012. The case was pending for 7 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2012          By: /s/BERNARD J. NATALE
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Insurance Proceeds from a 2004 Chevy Silverado 2 | 1129-000 | 21,997.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,997.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sammy L Mears, Jr | Debtor's Exemption in Insurance Proceeds in Automobile | 8100-002 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,000.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Mmca/C1 | 4110-000 | 15,001.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 34,010.00 | N/A | N/A | 0.00 |
| NOTFILED | Ameritrust Mortgage Co | 4110-000 | 129,708.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$178,719.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 33.91 | 33.91 | 33.91 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,549.70 | 2,549.70 | 2,549.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 27.04 | 27.04 | 27.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.32 | 41.32 | 41.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.47 | 35.47 | 35.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,687.44 | $2,687.44 | $2,687.44 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Patricia Mears | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,784.00 | 8,888.48 | 8,888.48 | 7,421.62 |
| 2 | PYOD, LLC as assignee of Citibank | 7100-000 | 9,337.00 | 9,446.97 | 9,446.97 | 7,887.94 |
| NOTFILED | Bank Of The West | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital Management Services, LP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 7,794.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $25,915.00 | $18,335.45 | $18,335.45 | $15,309.56 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-80714  
**Case Name:** MEARS, SAMMY L., JR.  

**Period Ending:** 10/02/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/29/12 (f)  
**§341(a) Meeting Date:** 04/05/12  
**Claims Bar Date:** 07/10/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located at 5801 Bunny Ave., McHenry | 131,600.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Chase Bank | 3.00 | 3.00 | DA | 0.00 | FA |
| 3 | Savings account with Chase | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account with First Midwest Bank | 200.00 | 200.00 | DA | 0.00 | FA |
| 5 | Miscellaneous used household goods and furnishin | 495.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books, Pictures, and CD's | 90.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous Costume Jewelry | 95.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term Life Insurance policy through employer - (N | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Union Pension -100% protected | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | Estimated 2011 tax refund of $5,500.00 was recei | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Insurance Proceeds from a 2004 Chevy Silverado 2 | 13,000.00 | 17,997.00 | | 21,997.00 | FA |
| 13 | Automobile - 2010 Mitsubishi Lancer with 14,000 | 9,697.00 | 0.00 | DA | 0.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$155,480.00** | **$18,200.00** | | **$21,997.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**        **Current Projected Date Of Final Report (TFR):**   July 16, 2012  (Actual)

Printed: 10/02/2012 11:06 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80714
**Case Name:** MEARS, SAMMY L., JR.
**Taxpayer ID #:** **-***2695
**Period Ending:** 10/02/12

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******99-66 - Checking Account
**Blanket Bond:** $606,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/12 | {12} | Geico General Insurance | Ins Pymt on 2004 Chevy Silverado Turned over at 341 Meeting | 1129-000 | 21,997.00 | | 21,997.00 |
| 04/23/12 | 101 | Sammy L Mears, Jr | Debtor's Exemption in Insurance Proceeds in Automobile | 8100-002 | | 4,000.00 | 17,997.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.04 | 17,969.96 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.32 | 17,928.64 |
| 06/04/12 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #12-80714, #016018067 | 2300-000 | | 33.91 | 17,894.73 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.47 | 17,859.26 |
| 08/20/12 | 103 | BERNARD J. NATALE | Dividend paid 100.00% on $2,549.70, Trustee Compensation; Reference: | 2100-000 | | 2,549.70 | 15,309.56 |
| 08/20/12 | 104 | Discover Bank | Distribution paid 83.49% on $8,888.48; Claim# 1; Filed: $8,888.48; Reference: 7940 | 7100-000 | | 7,421.62 | 7,887.94 |
| 08/20/12 | 105 | PYOD, LLC as assignee of Citibank | Distribution paid 83.49% on $9,446.97; Claim# 2; Filed: $9,446.97; Reference: 9977 | 7100-000 | | 7,887.94 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 21,997.00 | 21,997.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 21,997.00 | 21,997.00 | |
| Less: Payments to Debtors | | | 4,000.00 | |
| **NET Receipts / Disbursements** | | **$21,997.00** | **$17,997.00** | |

Net Receipts : 21,997.00
Less Payments to Debtor : 4,000.00
Net Estate : $17,997.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******99-66** | 21,997.00 | 17,997.00 | 0.00 |
| | $21,997.00 | $17,997.00 | $0.00 |

{} Asset reference(s)

Printed: 10/02/2012 11:06 AM    V.13.04